UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANHAI XU, Plaintiff, | STIPULATION OF DISMISSAL |
| -against- | Civ. No. 19-cv-09480 |
| CASTLETON COMMODITIES INTERNATIONAL LLC Defendant. | |

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The above-captioned matter is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Date: New York, New York
November 21, 2019

ROTTENBERG LIPMAN RICH P.C.

By: ______________________
Harry W. Lipman
Robert A. Freilich
The Helmsley Building
230 Park Avenue, 18th Floor
New York, New York 10169
Attorneys for Plaintiff

GANFER SHORE LEEDS & ZAUDERER LLP

By: ______________________
Craig S. Kesch
360 Lexington Avenue
New York, New York 10017
Attorneys for Defendant